Marjorie E. Olson, Plaintiff-Appellant, v. William Hoffman, et al., Defendants-Appellees.

Gen. No. 49,908.

First District, Third Division.
November 18, 1965.
Rehearing denied January 6, 1966.

James A. Dooley, of Chicago, for appellant; Tenney, Bentley, Guthrie & Howell, of Chicago (Stephen J. Nagy and David C. Newman, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.